UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No. 2:26-CV-06284 KK (DSR) Date: August 12, 2026

Title MICHAEL STAPLETON v. WARDEN BIRKHOLZ

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER DEEMING PLAINTIFF'S MOTION TO WITHDRAW CIVIL ACTION (DOC. NO. 14) AS NOTICE OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A) AND DISMISSING CASE**

Before the Court is Plaintiff's "Motion to Withdraw Civil Action," in which Plaintiff states that he has received the medical procedure he sued to obtain, "so there is no further need for the civil action or injunction" and he therefore "seeks to drop this civil action." See Doc. No. 14. The Court's docket reveals that no Defendant has yet served an answer or motion for summary judgment. Therefore, the Court deems Plaintiff's "Motion to Withdraw Civil Action," to be a Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), for which no Court Order is required. The case is therefore dismissed on Plaintiff's Notice.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK